LAW OFFICES OF

# KOFFSKY & FELSEN, LLC
1150 BEDFORD STREET
STAMFORD, CONNECTICUT 06905
(203) 327-1500
FACSIMILE (203) 327-7660

January 3, 2023

**Via ECF**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*Application granted. The Clerk shall terminate Mr. Koffsky as counsel for Defendant Wayne Hicks.*

SO ORDERED.

/s/ Cathy Seibel   1/3/23
CATHY SEIBEL, U.S.D.J.

**Re:    United States v. Wayne Hicks**
        **Docket No.    7:21-cr-293 (CS)**

Dear Judge Seibel:

    On or about July 28, 2022, the undersigned counsel was appointed pursuant to the Criminal Justice Act to represent defendant Wayne Hicks in the above matter. Today, January 3, 2023, Attorney Jay V. Surgent filed with the Court a Notice of Appearance as retained counsel for defendant Wayne Hicks.

    As a result of the appearance of retained counsel on behalf of defendant Hicks, the undersigned respectfully moves to withdraw his appearance and be relieved as counsel.

    Respectfully submitted

    __/s/ **Bruce D. Koffsky**__
    Bruce D. Koffsky

BDK/me
cc:    All Counsel of Record via ECF.