

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

February 10, 2023

**BY ECF**

The Honorable Cathy Seibel
United States District Court Judge
Southern District of New York
Hon. Charles L. Brieant, Jr. United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Wayne Hicks*, 21 Cr. 293 (CS)
Application to Exclude Time

Dear Judge Seibel:

At the last status conference on January 10, 2023, the Court excluded time under the Speedy Trial Act until February 23, 2023. The Government respectfully requests that time be excluded under the Speedy Trial Act from February 23, 2023 to March 7, 2023, the date of the next scheduled status conference in the above matter. The Government submits that the exclusion is in the interests of justice because it will allow the defense time to review discovery and consider potential motions, and give the parties time to discuss a potential pretrial disposition of the matter.

The Government has conferred with the defense, which has no objection to this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

by: ___/s/_____
Timothy Ly/Josiah Pertz/ Derek Wikstrom
Assistant United States Attorneys
(914) 993-1910/1966, (212) 637-1085

Cc: Jay Surgent, Esq. (by ECF)

The conference in this case was adjourned from 2/23/23 to 3/7/23 at Defendant's counsel's request due to a scheduling conflict. The time between 2/23/23 and 3/7/23 is hereby excluded under the Speedy Trial Act in the interests of justice. The ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial because it will afford Defendant continuity of counsel, allow Defendant and his lawyer to continue to review the discovery and consider potential pretrial motions, and will allow the parties to discuss a possible disposition without trial.

SO ORDERED.

*Cathy Seibel*    2/10/23
CATHY SEIBEL, U.S.D.J.